**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel LONGORIA, Defendant–
Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Juan Adrian Gonzalez, Defendant–
Appellant.**

**Nos. 00–50405, 00–50406.**

United States Court of Appeals,
Fifth Circuit.

Aug. 15, 2001.

Joseph H. Gay, Jr., Asst. U.S. Atty., Ellen A. Lockwood, Angela S. Raba, Angela J. Moore, San Antonio, TX, for U.S.

Henry Joseph Bemporad, San Antonio, TX, for Longoria.

John Aloysius Convery, Hasdorff & Convery, San Antonio, TX, for Gonzalez.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A majority of judges in active service having determined, on the Court's own motion, to rehear these cases en banc,

IT IS ORDERED that these cases shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.